*GENEVIEVE LANE LOPRESTI, ESQ.*
*Attorney at Law*
3 Lake Shore Boulevard
Massapequa, New York 11758
(516) 795-8468

*Member New York and*                                          *(516) 795-8468 facsimile*
*Connecticut Bars*

October 23, 2013

Filed via ECF
Honorable Leonard D. Wexler
United States District Court: Eastern District
944 Federal Plaza
Central Islip, New York 11722-9014

        Re: 201 Jerusalem Ave Massapequa LLC v. Ciena Capital, et al
            13-CV- 03558
            Massapequa Manor Inc v. Ciena Capital
            13-CV-03733

Dear Honorable Judge Wexler:

    Please be advised that the undersigned is co-counsel to Irwin Popkin as attorney for the Plaintiffs in the above-captioned matter.

    In accordance with the conference held in this matter and the court's order, we have attempted to simplify the complaint to eliminate some of the parties. In doing so, certain of the parties are being provided with stipulations of discontinuances with explanations of the manner in which this is being done for the court. I have prepared the stipulation of discontinuance for the four (4) Judges in this matter that has been prepared for the Attorney General's Office and await review and execution.

    I am requesting that given the amount of parties that we are seeking to remove from the proceeding, and the summaries provided, that we be provided seven (7) more days so that we could explain this to the court. I can forward to the court the stipulation already forwarded to the Attorney General's Office for review.

    I thank you for your kind consideration.

                Very truly yours,

                GENEVIEVE LANE LOPRESTI