UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------------x
201 JERUSALEM AVE MASSAPEQUA LLC,
and JOHN DE JOHN,

                                            Plaintiffs,        Case No.

   -against-                                                      13-03568
                                                                                (LDW)(AKT)

CIENA CAPITAL LLC, BUSINESS LOAN EXPRESS, LLC., BLX
CAPITAL, LLC, CIENA CAPITAL FUNDING (NEW YORK) LLC,
CIENA CAPITAL FUNDING, LLC, ALLEGIANT PARTNERS LLC,
PAUL BIBBO, NADINE LUGO, JAY L. YACKOW, ESQ., JAX
VENTURES, LLC, STEVEN COHN, ESQ. ROY J. LESTER, ESQ.,
ARENT FOX, FORCHELLI CURTO DEEGAN, SCHWARTZ, MINEO
& TERRANA, LLP, PROCTOR WONG, STEVEN PRINCE, LU DIDA
PR INC, HOWARD GETZ, DR. ALAN GREENFIELD, SAMUEL MELNICK,
ROSEMARY CRUZ, CARLOS RIVERA GONZALES, ROSEANN
CAPANEGRO,BENJAMIN KWOK, STEVEN DAVIS, LOUIS MOYET,
YVONNE FRANCES, QUEENS COUNTY DISTRICT ATTORNEY,
OFFICE OF THE QUEENS COUNTY DISTRICT ATTORNEY,
KATHLEEN RICE, NASSAU COUNTY DISTRICT ATTORNEY,
CHARLES ROBUNDO, RICHARD SMYTHE, OLGA NOVOSAD,
MICHAEL RYAN, MICHAEL J. SPOSATO, THE NASSAU
COUNTY SHERIFF, THE OFFICE OF THE NASSAU COUNTY SHERIFF,
EDWARD MANGANO, THE NASSAU COUNTY EXECUTIVE, THE
COUNTY OF NASSAU, ELIZABETH LOCONSOLO, ESQ., INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY AS COUNSEL TO THE NASSAU
COUNTY SHERIFF ANDTHE NASSAU COUNTY EXECUTIVE,
"X" LINN, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE
COUNTY OF NASSAU, "X" LINN, INDIVIDUALLY AND AS
DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X"
MASTROFIERI, INDIVIDUALLY AND AS DEPUTY SHERIFF OF
THE COUNTY OF NASSAU, "X" SCHULZ, INDIVIDUALLY AND
AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, THE
NASSAU COUNTY POLICE DEPARTMENT, MARVIN LEVINE,
THE NEW YORK STATE LIQUOR AUTHORITY, THE NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE, STEPHEN BUCARIA, JSC., IRA
WARSHAWSKY, ANTONIO BRANDVEEN, JSC., LEONARD B. AUSTIN, JOSEPH
SALADINO, LONG ISLAND CATERERS ASSOCIATION, BUTCH YAMALLI,
CSH VENTURES, LLC, 201 JR CORP, "X","Y","Z" Corporations, whose names and
addresses are presently unknown and"JANE DOE"and "JOHN DOE" as co-conspirators,
whose names and addresses are presently unknown,

                                                         Defendants.

-----------------------------------------------------------------------------------------------x

## SUPPLEMENTAL DECLARATION

IRWIN POPKIN, an attorney at law, admitted to practice before this Court declares the following:

I am one of the attorneys representing the Plaintiffs in the above captioned action.

I respectfully submit this Supplemental Declaration to clarify that this action is hereby deemed withdrawn against the following Defendants.

1. Hon. Stephen Bucaria;

2. Hon. Ira Warshawsky;

3. Hon. Antonio Brandveen;

4. Hon. Leonard B. Austin;

5. Yvonne Francis and Office of Queens County District Attorney;

6. Kathleen Rice and Office of the Nassau County District Attorney;

7. Olga Novosad;

8. Michael Ryan (Micael Ryan)

9. Edward Mangano the Nassau County Executive;

10. The Nassau County Deputy Sheriffs including "X" Linn, "X Linn" "X" Mastrofieri, "X" Schulz.

11. The Nassau County Police Department

12. Marvin Levine

13. The New York State Liquor Authority

14. Joseph Saladino;

15. Long Island Caterers Association;

16. Butch Yamalli.

Stipulations of Discontinuance are in the process of being obtained and will be filed in due course.

Dated: Melville, New York
October 28, 2013

    Respectfully Submitted,

    *s/ Irwin Popkin*
    IRWIN POPKIN