AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| 201 Jerusalem Ave Massapequa LLC, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:13-cv-03568-LDW-AKT |
| Ciena Capital LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Arent Fox LLP

Date:  11/01/2013

*Attorney's signature*

Matthew Trokenheim
*Printed name and bar number*
Arent Fox LLP
1675 Broadway
New York, NY 10020

*Address*

matthew.trokenheim@arentfox.com
*E-mail address*

(212) 484-3900
*Telephone number*

(212) 484-3990
*FAX number*