UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
201 JERUSALEM AVE MASSAPEQUA LLC,
and JOHN DE JOHN.

        Plaintiffs,

-against-

CHNA CAPITAL, LLC, et. al.,

        Defendants.
----------------------------------------------------------x

Case No.
13-03568
(LDW)(AKT)

FILED
CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
NOV 15 2013 ★
LONG ISLAND OFFICE

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P 41(a)(1)(A))(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above captioned again is voluntarily dismissed against defendants Olga Novosad and Michael Ryan (Micael Ryan) pursuant to Federal Rules of Civil Procedure 41(a)(1)(A))(ii).

Dated: November __, 2013

_____
Irwin Popkin, Esq.
Attorney for Plaintiff
445 Broad Hollow Road, Suite 25
Melville, N.Y. 11747
(631) 281-0030

United States Attorneys Office
Eastern District of New York
By: _____
James Halldron Knapp
Attorneys for above named Defendants
610 Federal Plaza
Central Islip, NY 11772
(631) 715-7879

SO ORDERED: _____

Central Islip, NY
11/15/13