UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------

201 JERUSALEM AVE MASSAPEQUA LLC,
and JOHN DE JOHN,

    -against-

                                  Plaintiffs,

CIENA CAPITAL LLC, et. al.,

                                  Defendants.

-------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 15 2013 ★
LONG ISLAND OFFICE

Case No.
13-03568
(LDW)(AKT)

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41(a)(1)(A))(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above captioned again is voluntarily dismissed against defendants, Butch Yamalli and Long Island Caterers Association pursuant to Federal Rules of Civil Procedure 41(a)(1)(A))(ii).

Dated: November __, 2013

_____
Irwin Popkin, Esq.
Attorney for Plaintiff
445 Broad Hollow Road, Suite 25
Melville, N.Y. 11747
(631) 281-0030

_____
Anthony A. Capetola, Esq.
Attorneys for above named Defendants
2c Hillside Avenue
Williston Park, NY 11596
(516) 746-2300

SO ORDERED: _____

Central Islip, NY
11/15/13