UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
201 JERUSALEM AVE MASSAPEQUA LLC,
and JOHN DE JOHN,

   -against-

CIENA CAPITAL LLC, et., al.,

   Defendants.

-----------------------------------------------------------------x

Case No.
13-03568
(LDW)(AKT)

*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.*
*NOV 15 2013*
*LONG ISLAND OFFICE*

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41(a)(1)(A))(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above captioned again is voluntarily dismissed against the following defendants, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A))(ii), namely:

Kathleen Rice;
Office of the Nassau County District Attorney;
Edward Mangano the Nassau County Executive;
"X" Linn;
"X Linn";
"X" Mastrofieri;
"X" Schulz;
The Nassau County Police Department.

Dated: November ___ 2013

_____
Irwin Popkin, Esq.
Attorney for Plaintiff
445 Broad Hollow Road, Suite 25
Melville, N.Y. 11747
(631) 281-0030

Office of the Nassau County Attorney

By: _____
Andrew Reginald Scott
Attorneys for above named Defendants
1 West Street
Mineola, N.Y. 11501
(516) 571-3056

SO ORDERED: _____

Central Islip, NY
11/15/13