UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

201 JERUSALEM AVE MASSAPEQUA LLC,
and JOHN DE JOHN,

                           Plaintiffs,        Case No.
                                        13-03568
  -against-                                       (LDW)(AKT)

CIENA CAPITAL LLC, et., al.,

                           Defendants.

-------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41(a)(1)(A))(ii)

      IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above captioned again is voluntarily dismissed against the following defendants, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A))(ii), namely:

Hon. Stephen Bucaria;
Hon. Ira Warshawsky;
Hon. Antonio Brandveen;
Hon. Leonard B. Austin;
Marvin Levine;
The New York State Liquor Authority;
The New York State Department Of Taxation And Finance; and
Joseph Saladino.

Dated: November   , 2013

_____
Irwin Popkin, Esq.
Attorney for Plaintiff
445 Broad Hollow Road, Suite 25
Melville, N.Y. 11747
(631) 281-0030

Office of the New York State Attorney General

By: _____
Lori L. Pack
Attorneys for above named Defendants
300 Motor Parkway, Suite 205
Hauppauge, N.Y. 11788
(631) 231-2177

So ORDERED

Central Islip, NY
11/15/13