FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 15 2013 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
201 JERUSALEM AVE MASSAPEQUA LLC,
and JOHN DE JOHN,

                              Plaintiffs,      Case No.
                                           13-03568
-against-                                            (LDW)(AKT)

CIENA CAPITAL LLC, et. al.,

                              Defendants.
---------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above captioned action is voluntarily dismissed against defendants Yvonne Francis and the Office of the Queens County District Attorney pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November __, 2013

_____            New York City Department of Law
Irwin Popkin, Esq.
Attorneys for Plaintiff                        By: _____
445 Broad Hollow Road, Suite 25
Melville, N.Y. 11747                          Patrick Neil Beath
(631) 281-0030                                     Attorneys for above named Defendants
                                                                100 Church Street, Room 4-126
                                                                New York, N.Y. 10007
                                                                (212) 788-9776

SO ORDERED: _____

Central Islip, N.Y.
11/15/13