# MICHAEL MANOUSSOS & CO PLLC

## A CIVIL LAW FIRM

MM@MMLAW-PLLC.COM

May 13, 2014

Hon. Leonard D. Wexler
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re:   *201 Jerusalem Avenue Massapequa LLC, et al. v. Ciena Capital LLC*
      *13 CV 3568 (LDW) (AKT), et al.*

Dear Judge Wexler:

This office represents Paul Bibbo, Nadine Lugo, and CSH Ventures, LLC in the above-referenced actions.

In the sake of brevity, we concur with the statements made by co-defendant, Forchelli, Curto, Deegan, Schwartz, Mineo & Terrana, LLP in its letter to the Court dated May 12, 2014.

Accordingly, we join in the request that either the upcoming status conference, scheduled for May 28, 2014, set a briefing schedule for dispositive motions or such a schedule be set without a conference.

Thank you for your time and consideration.

Respectfully yours,

MICHAEL MANOUSSOS

cc:   All parties (via *Electronic Case Filing*)