# MICHAEL MANOUSSOS & CO PLLC

## A CIVIL LAW FIRM

MM@MMLAW-PLLC.COM

May 22, 2014

Hon. A. Kathleen Tomlinson
United States District Court
Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

    Re:   *201 Jerusalem Avenue Massapequa LLC, et al. v. Ciena Capital LLC, et al.*
            13 CV 3568 (LDW) (AKT)
            *Massapequa Manor, Inc., et al. v. Ciena Capital LLC, et al.*
            13 CV 3733 (LDW) (AKT)

           Request For Time Change For Conference On May 28, 2014

Dear Judge Tomlinson:

    This office represents Paul Bibbo, Nadine Lugo, and CSH Ventures, LLC in the above-referenced actions.

    The above actions are scheduled for a conference at 4:00 PM on May 28, 2014 before Your Honor. Due to a personal scheduling conflict, your undersigned respectfully requests, if there is no objection by any party and if it pleases the Court, that the conference be moved to 2:00 PM (or any earlier time therein) on said date.

    Thank you for your time and consideration.

                                                     Respectfully yours,

                                                     MICHAEL MANOUSSOS

cc:   All parties (*via Electronic Case Filing*)

80-02 KEW GARDENS ROAD, SUITE 901
KEW GARDENS, NEW YORK 11415
T 718.454.8888
F 718.575.1100
SERVING NEW YORK CITY, LONG ISLAND & ALBANY