# LESTER & ASSOCIATES, P.C.

Attorneys at Law
600 Old Country Road, Suite 229
Garden City, New York 11530
Telephone (516) 357-9191
Facsimile (516) 357-9281
www.rlesterlaw.com
rlester@rlesterlaw.com

ROY J. LESTER[*]  \*ALSO ADMITTED IN CA

---

GABRIEL R. KORINMAN
PETER K. KAMRAN

May 27, 2014

Chambers of Magistrate Judge A. Kathleen Tomlinson
United States District Court for the
Eastern District of New York
VIA ELECTRONIC CASE FILING

Re:   201 Jerusalem Avenue Massapequa LLC et. al. v. Ciena Capital LLC et. al.
      Index #CV 13-3568

Dear Hon. Tomlinson:

As discussed with Chambers, attached is a copy of a proper Substitution of Attorney which is electronically filed in the above-referenced matter, whereby the undersigned, attorney at Lester & Associates, P.C. is being substituted as attorney for Roy J. Lester in the place and instead of Timothy William Salter, Esq.

The Substitution of Attorney with the original signatures will be delivered in hand to Chambers.

Thank you for your consideration.

Respectfully submitted,

Gabriel R. Korinman

Enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X   Index #CV-13-3568-
ldw-akt
201 JERUSALEM AVE MASSAPEQUA, LLC, et al

                                      Plaintiffs,

   -against-

CIENA CAPITAL LLC, et al.

                                      Defendants.
-------------------------------------------------------------------------X

## SUBSTITUTION OF ATTORNEY

     We, the undersigned, do hereby consent and agree that TIMOTHY WILLIAM SALTER, ESQ. attorney of record for the defendant ROY J. LESTER herein, with an office at 600 Old Country Road, Suite 229, Garden City, New York 11530 be changed and that GABRIEL R KORINMAN, ESQ., with an office at 600 Old Country Road, Suite 229, Garden City, New York 11530, be substituted as attorney for the above referenced Defendant in the place and instead of Timothy William Salter, Esq..

Dated: New York, New York                  s/ Timothy William Salter
        May 19, 2014
                                                   By: Timothy William Salter, Esq.

Dated: Garden City, New York            s/ Gabriel R. Korinman
        May 19, 2014
                                                   By: Gabriel R. Korinman, Esq.

Dated: Garden City, New York            s/ Roy J. Lester
        May 19, 2014
                                                   By: Roy J. Lester, Esq.

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU    )

     On the 19th day of May, 2014, before me, the undersigned, a Notary Public in the State of New York, personally appeared ROY J. LESTER personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

                                                                s/ Peter Kamran

PETER K. KAMRAN
NOTARY PUBLIC STATE OF NEW YORK      Notary Public
NO. 02KA6162162
QUALIFIED IN SUFFOLK COUNTY
COMM. EXPIRIES MARCH 5, 2015