UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
201 JERUSALEM AVE MASSAPEQUA, LLC, et al.

                                  Plaintiffs,

-against-

CIENA CAPITAL LLC, et al.

                                  Defendants.
-------------------------------------------------------------X

Index #CV-13-3568-ldw-akt

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 29 2014 ★
LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 28 2014 ★
LONG ISLAND OFFICE

## SUBSTITUTION OF ATTORNEY

We, the undersigned, do hereby consent and agree that TIMOTHY WILLIAM SALTER, ESQ. attorney of record for the defendant ROY J. LESTER herein, with an office at 600 Old Country Road, Suite 229, Garden City, New York 11530 be changed and that GABRIEL R KORINMAN, ESQ., with an office at 600 Old Country Road, Suite 229, Garden City, New York 11530, be substituted as attorney for the above referenced Defendant in the place and instead of Timothy William Salter, Esq..

Dated: New York, New York
       May 19, 2014

                                                      By: Timothy William Salter, Esq.

Dated: Garden City, New York
       May 19, 2014

                                                      By: Gabriel R. Korinman, Esq.

Dated: Garden City, New York
       May 19, 2014

                                                       By: Roy J. Lester, Esq.

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU     )

On the 19th day of May, 2014, before me, the undersigned, a Notary Public in the State of New York, personally appeared ROY J. LESTER personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual executed the instrument.

                                                      Notary Public

PETER K. KAMRAN
NOTARY PUBLIC STATE OF NEW YORK
NO. 02KA6162162
QUALIFIED IN SUFFOLK COUNTY
COMM. EXPIRES MARCH 5, 2015

SO ORDERED:

Central Islip, NY
5/29/14

Leonard D. Wexler