FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
JUN 24 2014 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
201 JERUSALEM AVE MASSAPEQUA LLC
and JOHN DE JOHN,

                        Plaintiffs,

-against-

CIENA CAPITAL LLC, et., al.,

                        Defendants.

-----------------------------------------------------------------x

Case No.
13-03568
(LDW)(AKT)

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P 41(a)(1)(A))(ii)

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the above captioned again is voluntarily dismissed against defendant RICHARD SMYTHE pursuant to Federal Rules of Civil Procedure 41(a)(1)(A))(ii).

Dated: June __, 2014

_____
Irwin Popkin, Esq.
Attorney for Plaintiff
445 Broad Hollow Road, Suite 25
Melville, N.Y. 11747
(631) 281-0030

United States Attorneys Office
Eastern District of New York
By: _____
    James Halleron Knapp
Attorneys for above named Defendants
610 Federal Plaza
Central Islip, NY 11772
(631) 715-7879

So ORDERED:

_____
USDJ, Leonard D. Wexler

Central Islip, NY
6/24/14