UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

————————————————————————— X
201 JERUSALEM AVE MASSAPEQUA LLC, and JOHN DE JOHN,

Plaintiffs,

-against-

CIENA CAPITAL LLC, BUSINESS LOAN EXPRESS, LLC., BLX          13-CV-3568
CAPITAL, LLC, CIENA CAPITAL FUNDING (NEW YORK) LLC,
CIENA CAPITAL FUNDING, LLC, ALLEGIANT PARTNERS LLC,
PAUL BIBBO, NADINE LUGO, JAY L. YACKOW, ESQ., JAX
VENTURES, LLC, STEVEN COHN, ESQ. ROY J. LESTER, ESQ.,
ARENT FOX, FORCHELLI CURTO DEEGAN, SCHWARTZ, MINEO
& TERRANA, LLP,  PROCTOR WONG, STEVEN PRINCE, LU DIDA
PR INC, HOWARD GETZ, DR. ALAN GREENFIELD, SAMUEL MELNICK,
ROSEMARY CRUZ, CARLOS RIVERA GONZALES, ROSEANN
CAPANEGRO,BENJAMIN KWOK, STEVEN DAVIS, LOUIS MOYET,
YVONNE FRANCES, QUEENS COUNTY DISTRICT ATTORNEY,
OFFICE OF THE QUEENS COUNTY DISTRICT ATTORNEY,
KATHLEEN RICE, NASSAU COUNTY DISTRICT ATTORNEY,
CHARLES ROBUNDO, RICHARD SMYTHE, OLGA NOVOSAD,
MICHAEL RYAN,  MICHAEL J. SPOSATO, THE NASSAU
COUNTY SHERIFF, THE OFFICE OF THE NASSAU COUNTY SHERIFF,
EDWARD MANGANO, THE NASSAU COUNTY EXECUTIVE, THE
COUNTY OF NASSAU, ELIZABETH LOCONSOLO, ESQ., INDIVIDUALLY
AND IN HER OFFICIAL CAPACITY AS COUNSELTO THE NASSAU
COUNTY SHERIFF ANDTHE NASSAU COUNTY EXECUTIVE,
"X" LINN, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE
COUNTY OF NASSAU, "X" LINN, INDIVIDUALLY AND AS
DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X"
MASTROFIERI, INDIVIDUALLY AND AS DEPUTY SHERIFF OF
THE COUNTY OF NASSAU, "X" SCHULZ, INDIVIDUALLY
AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, THE
NASSAU COUNTY POLICE DEPARTMENT, MARVIN LEVINE,
THE NEW YORK STATE LIQUOR AUTHORITY,THE NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE, STEPHEN BUCARIA, JSC., IRA
WARSHAWSKY, ANTONIO BRANDVEEN, JSC., LEONARD B. AUSTIN, JOSEPH
SALADINO, LONG ISLAND CATERERS ASSOCIATION, BUTCH YAMALLI,
CSH VENTURES, LLC, 201 JR CORP, "X","Y","Z" Corporations, whose names and
addresses are presently unknown and"JANE DOE"and "JOHN DOE" as co-conspirators,
whose names  and addresses are presently unknown,

Defendants.
————————————————————————————————————————— X

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above-entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, and the above entitled action is discontinued as to defendants, CIENA CAPITAL LLC, BUSINESS LOAN EXPRESS, LLC., BLX CAPITAL, LLC, CIENA CAPITAL FUNDING (NEW YORK) LLC, CIENA CAPITAL FUNDING, LLC., without attorneys fees, costs, disbursements or annuities as to any of the parties or attornies. This Stipulation may be filed without further notice with the Clerk of the Court in accordance with the agreement executed by the parties or attornies.

LAW OFFICES OF GENEVIEVE
LANE LOPRESTI, ESQ.

By: GENEVIEVE LANE LOPRESTI, ESQ.

Attorney for the plaintiffs
3 Lake Shore Boulevard
Massapequa, New York 11758
(516) 795-8468
(516) 795-8468 (fax)

LAWRENCE F. SPIRN, ESQ.
SPIRN & SPIRN, ESQS.
150 MOTOR PARKWAY, SUITE 401
HAUPPPAUGE, NEW YORK 11788
Telephone (631) 787-8560
Facsimile  (631) 787-8564

Dated: Massapequa, New York
January 11, 2015

SO ORDERED: _____

HON. LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE