UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
201 JERUSALEM AVENUE MASSAPEQUA
LLC, and JOHN DEJOHN,

**JUDGMENT**
CV 13-3568 (LDW)

                      Plaintiffs,

     -against-

CIENA CAPITAL LLC, BUSINESS LOAN EXPRESS, LLC, BLX CAPITAL, LLC, CIENA CAPITAL FUNDING (NEW YORK) LLC, CIENA CAPITAL FUNDING, LLC, ALLEGIANT PARTNERS LLC, PAUL BIBBO, NADINE LUGO, JAY L. YACKOW, ESQ., JAX VENTURES, LLC, STEVEN COHN, ESQ., ROY LESTER, ESQ., ARENT FOX, FORCHELLI CURTO DEEGAN, SCHWARTZ, MINEO & TERRAN, LLP, PROCTOR WONG, STEVEN PRINCE, LU DIDA PR INC., HOWARD GETZ, DR. ALAN GREENFIELD, SAMUEL MELNICK, ROSEMARY CRUZ, CARLOS RIVERA GONZALES, ROSEANN CAPANEGRO, BENJAMIN KWOK, STEVEN DAVIS, LOUIS MOYET YVONNE FRANCES, QUEENS COUNTY DISTRICT ATTORNEY, OFFICE OF THE QUEENS COUNTY DISTRICT ATTORNEY, KATHLEEN RICE, NASSAU COUNTY DISTRICT ATTORNEY, CHARLES ROBUNDO, RICHARD SMYTHE, OLGA NOVOSAD, MICHAEL RYAN, MICHAEL J. SPOSATO, THE NASSAU COUNTY SHERIFF, THE OFFICE OF THE NASSAU COUNTY SHERIFF, EDWARD MANGANO, THE NASSAU COUNTY EXECUTIVE, THE COUNTY OF NASSAU, ELIZABETH LOCONSOLO, ESQ., INDIVIDUALLY AND IN HER OFFICE CAPACITY AS COUNSEL TO THE NASSAU COUNTY SHERIFF AND THE NASSAU COUNTY EXECUTIVE, "X" LINN, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X" LINN, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X" MASTROFIERI, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, "X" SCHULZ, INDIVIDUALLY AND AS DEPUTY SHERIFF OF THE COUNTY OF NASSAU, THE NASSAU COUNTY POLICE DEPARTMENT, MARVIN LEVINE, THE NEW YORK STATE LIQUOR AUTHORITY, THE NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, STEPHEN BUCARIA, JSC., IRA WARSHAWSKY, ANTONIO BRANDVEEN, JSC., LEONARD B. AUSTIN, JOSEPH SALDINO, LONG ISLAND CATERERS ASSOCIATION, BUTCH YAMALLI, CSH VENTURES, LLC, 201 JR CORP., "X", "Y", "Z" Corporations, whose names and addresses are presently unknown and "JANE DOE" as co-conspirators, whose names and addresses are presently unknown, and 201 JERUSALEM AVE MASSAPEQUA LLC.,

                      Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of Honorable Leonard D. Wexler, United States District Judge, having been filed on September 28, 2015, granting defendants' motion to dismiss, declining to exercise supplemental jurisdiction over the remaining state claims, dismissing this case, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' motion to dismiss is granted; that the court declines to exercise supplemental jurisdiction over the remaining state claims; that this case is dismissed; and that this case is hereby closed.

Dated: Central Islip, New York
September 30, 2015

DOUGLAS C. PALMER
CLERK OF THE COURT

By: /s/ Catherine Vukovich
Deputy Clerk